*Order Enjoining Attorney from Practicing Law Entered September 18, 2015:*

*In re* RIEMAN, No. 152094. On order of the Court, the petition for injunction pursuant to MCR 9.108(E)(4) is considered, and it is granted. We order that Kevin J. Rieman (P45548) is enjoined from practicing law in the State of Michigan until the felony charges pending against him have concluded. If the respondent is acquitted of all felony charges, this injunction shall automatically dissolve.

*Summary Disposition September 23, 2015:*

PEOPLE V TYRONE CLARK, No. 150226; Court of Appeals No. 322852. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we remand this case to the Court of Appeals for consideration as on leave granted.

*Order Granting Oral Argument in Case Pending on Application for Leave to Appeal Entered September 23, 2015:*

HARRELL V TITAN INDEMNITY COMPANY, No. 151134; Court of Appeals No. 318744. The parties shall file supplemental briefs within 42 days of the date of this order addressing whether the plaintiff, who was driving an uninsured vehicle titled in the name of her husband, is an "owner" under MCL 500.3101(2)(k)(*i*). The parties should not submit mere restatements of their application papers.

*Leave to Appeal Denied September 23, 2015:*

SS V STATE OF MICHIGAN, Nos. 150678, 150679, and 150680; Court of Appeals Nos. 317071, 317072, and 317073.

LINDEN V CITIZENS INSURANCE COMPANY OF AMERICA, No. 150710; reported below: 308 Mich App 89.

DEPARTMENT OF LICENSING AND REGULATORY AFFAIRS, WAGE AND HOUR DIVISION V CONN, Nos. 150755 and 150756; reported below: 308 Mich App 155.

HARBOR WATCH CONDOMINIUM ASSOCIATION V EMMETT COUNTY TREASURER, No. 150841; reported below: 308 Mich App 380.

PEOPLE V JERROLDS, Nos. 151158 and 151159; Court of Appeals Nos. 318738 and 321800.

DEMSKI V PETLICK, No. 151401; reported below: 309 Mich App 404.

BARTLETT V ALLEGAN COUNTY DEPARTMENT OF HUMAN SERVICES, No. 152124; Court of Appeals No. 327201.